# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

**v.**                                                                    **No. 28,612**

**HENRY REYES CHAVEZ,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO  COUNTY**
**Neil C. Candelaria, District Judge**

Gary K. King, Attorney General
Santa Fe, NM

for Appellee

Henry Reyes Chavez
Hobbs, NM

for Appellant

## MEMORANDUM OPINION

**SUTIN, Judge.**

Defendant appeals pro se his convictions for dealing in the credit cards of another; larceny (over $2,500); larceny (over $250); and two armed robberies. [CR-06-1328/RP 221]  The notice proposed to affirm.  Subsequently, we granted Defendant four motions for extension of time to file a memorandum in opposition, with the last extension granted to January 30, 2009.  Defendant failed to file any

memorandum in opposition. For reasons provided in our notice of proposed summary disposition, we affirm.

**IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Chief Judge**

_____
**ROBERT E. ROBLES, Judge**